1    Michael I. Katz (SBN 181728)
2    MASCHOFF BRENNAN
     20 Pacifica, Suite 1130
3    Irvine, California 92618
4    Telephone: (949) 202-1900
     Facsimile: (949) 453-1104
5

6    Kenton M. Walker (admitted *pro hac vice*)
     kwalker@mabr.com
7    Daniel R. Barber (admitted *pro hac vice*)
     dbarber@mabr.com
8    MASCHOFF BRENNAN
9    1389 Center Dr., #300
     Park City, Utah 84098
10    Telephone: (435) 252-1360
11    Facsimile: (435) 252-1361

12    Attorneys for Plaintiff WHYNOTAPPAREL, LLC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHYNOTAPPAREL, LLC<br><br>Plaintiff,<br><br>vs.<br><br>NIKE, INC.,<br><br>Defendant. | Case No. 2:17-cv-7678-SJO (AGRx)<br><br>**JOINT STIPULATION OF DISMISSAL** |

1     IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, WHYNOTAPPAREL, LLC., and defendant, NIKE, INC., (collectively, "the Parties"), that the Parties agree to dismiss this case with prejudice.

    Pursuant to Federal Rules of Civil Procedure Rule 41, the Parties hereby stipulate and jointly agree to dismiss this case as follows:

1. All claims in this case are dismissed, with prejudice;
2. Each of the parties shall bear its own attorneys' fees, costs, and expenses; and
3. No party shall seek to recover attorney's fees, cost or expenses from the other party.

DATED: December 13, 2017

    Michael I. Katz
    Kenton M. Walker
    Daniel R. Barber
    MASCHOFF BRENNAN

    By: */s/ Michael I. Katz*

    Attorneys for WHYNOTAPPAREL, LLC.

    Gina L. Durham
    Melissa A. Reinckens
    Stephanie L. Hall
    DLA PIPER, LLP (US)

    By: */s/ Stephanie L. Hall (with permission)*

    Attorneys for Defendants